UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR122-111 |
| | ) | |
| JACOB MATTHEW MILLER | ) | |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

**J. Grady Blanchard** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT J. Grady Blanchard** be granted leave of absence for the following periods: May 23, 2023 through May 30, 2023; June 12, 2023 through June 16, 2023; July 3, 2023 through July 11, 2023.

**SO ORDERED**, this the ___11th___ day of April, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA